[No. 48543-1-I.    Division One.    June 17, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. F.B., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-8-04229-0, Philip G. Hubbard, Jr., J., entered May 8, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 48888-1-I.    Division One.    June 17, 2002.]

MARCUS COWLES, ET AL., *Appellants*, v. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 00-2-01906-4, Michael F. Moynihan, J., entered July 6, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 48984-4-I.    Division One.    June 17, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. PABLO HERRERA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-02381-7, Richard A. Jones, J., entered July 13, 2001. *Reversed with instructions* by unpublished per curiam opinion.

[No. 49197-1-I.    Division One.    June 17, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MARIO P. IOB, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-08267-0, Michael J. Fox, J., entered August 10, 2001. *Reversed* by unpublished per curiam opinion.